AUSA: Ryan Particka Telephone: (313) 226-9635

AO 91 (Rev. 11/11) Criminal Complaint Inspector: Darryl Sage Telephone: (313) 226-8246

# UNITED STATES DISTRICT COURT

for the

Eastern District of Michigan

United States of America
v.

D-1 Andrei Zaretski a/k/a Andy Zaret
D-2 Oleskiy Holikov
D-3 Nikolay Saukov

Case No. 26-mj-30531 Amended

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of March 17, 2022 to Present in the county of Oakland and Elsewhere in the Eastern District of Michigan, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 1349 | Conspiracy to Commit Mail Fraud |
| 18 U.S.C. § 1341 | Mail Fraud |
| 18 U.S.C. § 1956 | Concealment Money Laundering |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

[signature]
*Complainant's signature*

Darryl Sage, Postal Inspector
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Elizabeth A. Stafford
*Judge's signature*

Date: September 1, 2026

City and state: Detroit, Michigan

Elizabeth Stafford - Magistrate Judge
*Printed name and title*

# AFFIDAVIT IN SUPPORT OF A COMPLAINT

I, Darryl Sage, first being duly sworn, hereby depose and state as follows:

1. I am a United States Postal Inspector with the United States Postal Inspection Service (USPIS), authorized to conduct investigations on behalf of the United States Postal Inspection Service, and have been so employed since January 2022. The USPIS is the federal agency charged with investigating violations of criminal and civil statutes related to the United States Postal Service (USPS). Prior to becoming a U.S. Postal Inspector, I was a federal law enforcement officer with U.S. Customs and Border Protection since 2015 and was empowered to exercise the authority and perform the duties provided by law and the Department of Homeland Security regulations, including making arrests; conducting searches; making seizures; bearing firearms; and serving any order, warrant, or other process. This included but was not limited to enforcing violations of Title 18 United States Code, Title 19 United States Code, and Title 8 United States Code. During my employment with USPIS, I have been trained in various criminal investigative techniques involving mail theft, mail fraud, identity theft, credit card fraud, and the distribution of controlled substances. During my career as a Postal Inspector, I have been trained in the execution of various search warrants involving searches and seizures of residences and vehicles. These warrants often include, but

are not limited to, seizures of computers, phones, various electronic devices, narcotics, mail, and weapons.

2. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses and other reliable sources. This affidavit is submitted for the limited purpose of showing that probable cause exists for the requested criminal complaint and arrest warrants and does not set forth all my knowledge about this matter.

3. Based on the facts set forth in this affidavit, there is probable cause to believe that **Andrei Zaretski** (a/k/a Andy Zaret), **Oleskiy Holikov**, and **Nikolay Saukov** are engaged in a scheme to defraud involving the production and sale of highly-accurate counterfeit coupons for consumer retail goods, the shipping of these coupons through the mail, and the subsequent laundering of the proceeds of this scheme; all in violation of 18 U.S.C. § 1349 (Mail Fraud Conspiracy), 18 U.S.C. § 1341 (Mail Fraud) and 18 U.S.C. § 1956 (Concealment Money Laundering).

## EXECUTIVE SUMMARY

4. The U.S. Postal Inspection Service and the Internal Revenue Service-Criminal Investigation are investigating The Weekly Coupon Service (WCS), a criminal conspiracy involving the production and sale of highly realistic, but counterfeit, consumer goods coupons with drastically inflated values; the values

are so inflated that they result in a significant loss to product manufacturers and, at times, the stores at which those goods are sold. These coupons are sold and shipped nationwide.

5. Customers of the WCS receive regular solicitation emails, with links directing them to GitHub repositories ("repos"). GitHub is a cloud-based platform where developers store, share, and collaborate on software code. According to GitHub, repos are essentially digital project folders hosted on GitHub that store users' code, files, and their entire version history. They act as a central hub where a user can manage their work and collaborate with others. Of significance to this investigation, despite their backend functionality, repos can be made to appear, outwardly, as basic websites. Here, they present (and function) as e-commerce websites where users can select coupons for purchase and pay for them via PayPal. The GitHub pages hosting these stores have complicated URLs that would be difficult to locate on the internet without a direct hyperlink from one of the solicitation emails. The payment links within the webstores direct users to PayPal accounts with seemingly random two-word names like OutsideTurtle, GoldenChicken, LuxuriantMillenium, LimeModule, etc.

6. Once a visitor selects the coupons they wish to purchase, the visitor provides payment via PayPal. After payment, the visitor receives the fraudulent coupons by mail through the United States Postal Service. A third-party industry

group has conducted multiple covert purchases of these coupons, sold by the WCS through multiple GitHub pages. The industry group has been voluntarily providing detailed information about their covert purchases to the investigative team, to assist with identification and prosecution of those responsible. The coupon shipments for many of these covert purchases were mailed from Michigan, with others being shipped from Florida or other states.

7. Working backward from these shipments, law enforcement identified Andrei **Zaretski** as printing and distributing large quantities of the counterfeit coupons purchased from the WCS. **Zaretski** himself ships them from the Southern District of Florida to re-shippers across the country, including Oleskiy **Holikov** in the Eastern District of Michigan. Law enforcement recently recovered coupon clippings from the garbage can that Zaretski placed out for trash collection while under surveillance. The covert coupon purchases from GitHub were compared to the clippings from Zaretski's trash and once compared side by side, the clippings fit around the coupons. The clippings and coupons appeared to have been printed and cut from the same machine.

8. The investigation also identified more than a dozen different companies, many of which appear to be shells with no online presence or discernable business activity, used to both receive proceeds from WCS' PayPal accounts and transfer those payments into other bank accounts controlled by the

targets of the investigation. Nikolay **Saukov** has been observed on multiple occasions making cash withdrawals from several of these accounts on the same day—none of which he is an authorized signer on—before making cash deposits into Holikov's bank account. He has also deposited dozens of checks drawn on the shell companies' accounts into various bank accounts and has received multiple small packages from a FedEx account controlled by **Zaretski**.

## BACKGROUND

9. The Coupon Information Center (CIC), a not-for-profit association of consumer product manufacturers dedicated to fighting coupon misredemption and fraud in the United States, has been purchasing counterfeit coupons from various sources for years, as part of their efforts to combat fraud. Based on prior purchases from other sources, CIC received a solicitation via email (from The Weekly Coupon Service) to purchase coupons via GitHub web links. In addition, various customers who purchased coupons from the WCS notified the CIC after they presented the coupons for redemption at their local retailers and were denied. The CIC would then use the same link the customer provided and would make purchases to verify the authenticity of those coupons and other coupons.

10. At least six of these GitHub webstores have been identified over the course of the investigation. The GitHub pages hosting these stores have complicated URLs that would be difficult to locate on the internet without a direct

hyperlink from one of the solicitation emails. The payment links within the webstores direct users to PayPal accounts with seemingly random two-word names like OutsideTurtle, GoldenChicken, LuxuriantMillenium, LimeModule, etc.

11. Purchased made by the CIC through the WCS's GitHub webstores were processed through PayPal, with each webstore having its own, separate linked PayPal Account.

12. All coupons purchased from the WCS by the CIC, to date, have been confirmed by the CIC member-companies as being counterfeit/fraudulent.

13. After making purchases from the WCS itself and verifying through its member-companies that the coupons it received were fraudulent, the CIC referred the matter to the U.S. Postal Inspection Service in or around March 2022.

**IDENTIFICATION OF OLESKIY HOLIKOV**

14. Records from PayPal showed that money from CIC's covert purchases during 2021-2022 was transferred from PayPal to a bank account in the name of "A.G." From the "A.G." bank account money was transferred to **Oleksiy Holikov**. Bank records showed that **Holikov** was associated with a rental property located on Beauchamp in West Bloomfield, MI (Beauchamp Property). As discussed below, Holikov appears to be a coupon re-shipper, working for the WCS.

15. According to Postal records, coupons purchased by the CIC were shipped via U.S.P.S. and have entered the US mail stream in both Michigan and Florida.

16. In January 2024, your affiant searched postal records for a tracking number that was provided by the CIC from one of their covert coupon purchases from the WCS. That tracking number had its first postal scan at the U.S. Post Office in Walled Lake, Michigan. This first scan was done by an employee who retrieves mail from the U.S.P.S. collection boxes adjacent to the post office. Investigators pulled the records from all the scans that occurred around the time the CIC parcel underwent this first scan. Multiple parcels were discovered with similar label information, size, weight, and scan times as the CIC parcel.

17. In January 2024, I installed video cameras at the U.S. Post Office in Walled Lake, MI, to capture activity near the exterior collection boxes.

18. On or about March 7, 2024, I observed a 2007 Nissan Altima parked in the driveway at the Beauchamp Property. This vehicle had an Illinois license plate, which is registered to an Illinois company of interest in the investigation.

19. On or about March 12, 2024, Investigators conducted a trash pull from the Beauchamp Property and found an empty box and what appears to be a PayPal transaction label receipt in refuse that was left for trash pick-up near the Beauchamp Property. A shipping label was affixed to the box, apparently from

FedEx. The label shows it was sent from "AB Trading Plus," on N. Lincoln Ave in Chicago, IL, and was addressed to "Kolo System Inc," on Northwestern Hwy in Southfield, MI. The label shows it was shipped on January 31, 2024, and weighed 32 pounds.

20. On or about March 16, 2024, one of the video cameras that I installed at the Walled Lake Post Office captured what appeared to be the 2007 Nissan Altima pull up next to the U.S.P.S. collection boxes. The driver placed what appeared to be multiple white envelopes/parcels into one of the receptacles. It appeared the driver was wearing a glove on his/her hand. The same day, personnel at the post office removed the envelopes (parcels) from the collection boxes and notified me of their findings. I took photographs of the parcels and later placed them back into the U.S. Mail. There were 23 cardboard envelopes with prepaid postage mailing labels affixed to them. The labels identify 15 senders and 23 recipients across the U.S. The senders included individual names and companies that match PayPal account names that received payments from the CIC for coupons purchased in 2023-2024.

21. On May 1, 2024, your affiant was notified by USPS employees that a large shipment of parcels like those identified above was recovered from two collection boxes. USPS employees stated that the parcels were near the top of the

collection tote, indicating that they may have been placed into the collection boxes within a few hours.

22. USPIS investigators reviewed video footage from the camera and noticed a dark colored Toyota Camry approach the collection boxes and deposit multiple mailings into the middle and first collection box. From the video you can see a white male wearing an orange shirt in the driver's seat placing parcels into the collection boxes. The individual on the video footage was initially unknown but appears to be **Oleskiy Holikov**.

23. One of the parcels shipped on May 1, 2024, was addressed to one of CIC's known undercover accounts. This parcel was opened with CIC's consent and found to contain fraudulent coupons that were purchased by the CIC from the WCS.

24. On May 3, 2024, your affiant drove to the Beauchamp Property. A dark colored Toyota Camery was parked in the driveway. Law enforcement records show that this vehicle is registered to Y.P., Holikov's then-domestic partner.

25. On or about May 23, 2024, multiple parcels were recovered from the Walled Lake Post Office and taken to the Livonia Police Department Crime Scene Unit for fingerprint analysis. Three of the parcels that were mailed had Holikov's fingerprints on the outside of the envelope. These parcels were similar in shape,

size, and weight of the confirmed fraudulent parcels that were obtained on May 1, 2024, as well as other verified purchases from the CIC.

26. In July of 2024, investigators met with a representative of the UPS Store located at 29155 Northwestern Hwy, Southfield, MI, who advised that the store had received and was in possession of a shipment addressed to private mailbox 445. The shipment was a brown FedEx box addressed to "Kolo System" in Southfield, MI with a return address of "AB Trading Plus" in Chicago, IL. The parcel weighed approximately 30 pounds and was mailed on or about July 12, 2024, from Pompano Beach, FL.

27. On or about July 19, 2024, investigators executed a search warrant authorized by the U.S. District Court in the Eastern District of Michigan, opened the parcel, and discovered the box contained thousands of coupons, as shown in the images below. The coupons were organized by discounted item and were individually wrapped in clear plastic bags, placed inside of U.S.P.S. mailing envelopes. The types of coupons identified in the package were offered for sale from the Weekly Coupon Service at or near the time the parcel was intercepted. These coupons match the same style, formatting, approximate values of fraudulent coupons that had been purchased by the C.I.C.







28. Investigators took photos of the contents, repackaged the items in their original condition, and returned the parcel to the UPS store in Southfield, MI, for delivery/pick up. A few days later, **Holikov** retrieved the UPS box from the UPS store in Michigan.

29. In or about August 2024, investigators obtained FedEx account information regarding the shipment of the intercepted parcel that was found to contain coupons. Investigators obtained records and videos from shipments that were associated with that same account. FedEx provided multiple videos of the shipments. The videos show a white male, usually wearing sunglasses and a blue shirt, shipping boxes to Michigan (and elsewhere), most frequently from the FedEx

store in Hollywood, Florida; he was frequently seen driving a BWM. This person was initially unknown but appears to be **Andrei Zaretski**.

## IDENTIFICATION OF ANDREI ZARETSKI

30. In December 2024, investigators obtained call tolls of phone numbers belonging to individuals identified in this investigation. These phone numbers were linked to individuals in Michigan and Florida who were associated with PayPal accounts receiving funds from the purchase of fraudulent coupons by the CIC, observed mailing fraudulent coupons, and/or residing at the same address as the vehicle that retrieved the UPS parcel containing fraudulent coupons. After receiving the records, investigators generated an analysis identifying the most frequently appearing phone numbers. One such number, when checked through a national database, was found to be associated with a call for service at a residence on Pembroke Road in Hollywood, Florida (the Pembroke Property).

31. Your affiant contacted the Broward County Sheriff's Office (BCSO) in Broward County, Florida, and learned that the call for service at the Pembroke Property was for an alarm response. During that service call, officers obtained two phone numbers from the alarm company (to reach a keyholder so they could clear the building without forcing entry). The first number was the one that initially led investigators to the Pembroke Property. The second number, (xxx) xxx-1540, had no name associated with it. BCSO officers were unable to reach anyone at either

number, and because the building appeared secure, they advised dispatch and cleared the scene.

32. Given that there was no name associated with x1540, your affiant searched law enforcement databases to determine the subscriber. Those searches indicated that x1540 was associated with an Andrei Zaretski, residing on Evergreen in Hollywood, Florida. Investigators then obtained Zaretski's Florida driver's license and vehicle registration.

33. Investigators compared Andrei Zaretski's Florida driver's license photo to FedEx surveillance footage from stores in the Hollywood, Florida area that had shipped packages to Michigan. The individual in the footage appeared to be Zaretski, who is also the registered owner of a BMW.

34. Florida Department of Law Enforcement (FDLE) surveillance subsequently observed Zaretski driving a BMW that appeared to be the same vehicle seen on FedEx surveillance leaving the Hollywood FedEx location.

35. On July 25, 2024, the BMW was observed at the Hollywood FedEx store, and a package was shipped using the same FedEx account as the parcel intercepted in Southfield, Michigan on July 19, 2024. Both shipments were purportedly sent on behalf of AB Trading Plus in Chicago, Illinois to Kolo Systems Inc. in Southfield, Michigan.

***Identification of Fraudulent Coupon Printing Location***

36. In July 2025, investigators conducted surveillance on the Evergreen and Pembroke addresses in Hollywood, Florida. **Zaretski** was observed walking from his residence on Evergreen to Pembroke. **Zaretski** spent hours alone inside Pembroke. During the length of surveillance, Zaretski was never seen going to any other location that suggested regular or routine employment.

37. Later in July 2025, FDLE conducted a trash pull at Evergreen and located FedEx tracking numbers and paper clippings that appeared to be connected with PayPal.

38. That same month, investigators observed Zaretski at Evergreen, throwing away what appeared to be cardboard boxes. Zaretski was also seen walking from Evergreen to Pembroke carrying what appeared to be a ream of paper.

39. In August 2025, your affiant obtained video from FedEx from one of the shipments that was associated with the tracking number discovered in Zaretski's trash. As with prior video obtained from FedEx, the subject on the video appeared to be Zaretski.

40. On or about March 11, 2026, FDLE conducted a trash pull on the can Zaretski set outside the Pembroke Property and located the following items within the trash.

a. Toner for a Xerox printer
b. Five construction-sized bags filled mostly with paper clippings
c. Shipping boxes
d. Empty boxes that would typically contain blank paper with a label stating the paper was 100 lb. Gloss 13" by 19" paper
e. Additional blank paper that measures 13" by 19"
f. Nitrile gloves
g. Shipping label from Paperworks to "Andy Zaret, Lingo Systems" at a known address in Miami, Florida

41. Research indicates that one toner cartridge like the type found in the trash pull can print approximately 22,000 pages before requiring replacement.

42. On March 19, 2026, your affiant spoke with Paperworks regarding shipments to a mailbox in Miami, FL. Paperworks stated that a delivery was scheduled that day consisting of four 55lb boxes of the same paper that was recovered during the trash pull. This shipment contained 40,000 sheets of paper. Paperworks further stated the purchase history shows that the account has ordered paper multiple times since 2022, with approximately 87 shipments delivered to "Andy Zaret, Lingo Systems" at an address in Miami, Florida..

43. On March 20, 2026, Zaretski was observed picking up the paper from Miami Gardens Drive address in his BMW. After retrieving the paper, Zaretski personally delivered all four boxes to Pembroke and carried them inside, as shown below:



44. In April 2026, your affiant traveled to Miami and retrieved the trash-pull evidence from FDLE. One bag contained paper clippings bearing printer ink markings. I also met with the CIC, who provided their most recent unopened purchases from the WCS. I was able to match four of the purchased CIC coupons to the paper clippings; the coupon images aligned with the solid top banner colors and the dot-shaded background colors, as shown below:




45. After I notified the CIC, they contacted the vendors, and the manufacturer confirmed that the coupons were fraudulent/counterfeits. This

evidence suggests that the paper recovered in the trash pull was used to produce the counterfeit coupons.

46. Based on how the paper clippings align with the fraudulent coupons, it appears that twelve coupons can be printed per sheet of paper. With 40,000 sheets of paper and 12 coupons per sheet, Zaretski could print approximately 480,000 coupons from the Paperworks shipment he received on March 20, 2026 alone. Most of the coupons identified thus far carry a discount value of at least $6.00, meaning 480,000 coupons would represent roughly $2,880,000 in fraudulent coupon value.

47. Between January 2022 and May 14, 2026, the CIC has made approximately 180 covert purchases. None of the coupons CIC purchased and submitted for verification were found to be genuine. Moreover, coupons purchased from different WCS accounts all appear to be the same type of coupon(s) as those matching the paper clippings retrieved from the trash in Florida, exhibiting consistent headers and background markings.

**IDENTIFICATION OF NIKOLAY SAUKOV**

48. Throughout the investigation, multiple rounds of subpoenas identified more than 100 different PayPal accounts. Subsequent subpoenas for bank accounts revealed approximately 15 shell companies that do not appear to have an online presence or conduct any discernible business.

49. On February 20, 2024, Nikolay Saukov (Saukov) was observed on JP Morgan Chase surveillance conducting three separate ATM withdrawals at a branch in Boca Raton, Florida. During this series of transactions—completed in roughly a ten-minute span—Saukov withdrew $500 from each of three separate "shell" accounts. He completed two transactions at one ATM and then moved to a separate, nearby ATM to conduct the third transaction; while completing these transactions, SAUKOV appeared to refer to information on his cell phone. Saukov is not an authorized signer on any of these accounts.

50. Approximately ten minutes after the withdrawals at JP Morgan Chase, Saukov was captured on surveillance entering a PNC Bank branch in Boca Raton carrying cash and a pre-filled deposit slip. He approached a teller and deposited $700 into the personal PNC account of Oleksiy Holikov, despite not being an authorized signer on Holikov's account. Before exiting the bank, Saukov placed the transaction receipt on the counter and photographed it with his phone.

51. Approximately six hours later, Holikov was observed on surveillance at a PNC branch in Michigan withdrawing $660 from his account. Holikov presented his PNC debit card, driver's license, and a signed withdrawal slip, all consistent with authorized access.

52. A review of historical activity revealed several additional transactions mirroring this pattern. Cash deposits were made into Holikov's personal PNC

account at the Boca Raton PNC branch on January 19, 2024; August 10, 2023; and July 3, 2023, each followed by a withdrawal of similar amounts at PNC branches in Michigan. The deposit slips associated with these transactions displayed distinctive handwriting characteristics, including consistent lettering and numbering styles as the slips confirmed to be provided by SAUKOV. This handwriting differed from the signature and writing style observed on Holikov's verified withdrawal slip. In total, seven deposit slips bearing the same unique handwriting were identified, all originating from the Boca Raton PNC branch between June 12, 2023, and February 20, 2024, indicating a recurring pattern of deposits in Florida followed by withdrawals in Michigan.

53. In addition, Saukov was also observed on JP Morgan Chase surveillance making eight separate check deposits into one of those same shell accounts. These transactions occurred at JP Morgan Chase branches in Boca Raton and included depositing checks remitted by other individuals and company accounts associated with the investigation, including accounts that received funds from PayPal accounts linked to WCS' GitHub stores.

54. Finally, between February 2023 and September 2024, SAUKOV received approximately 30 small packages sent from a known FedEx account linked to ZARETSKI (one he has used to mail coupons to another re-shipper in a different part of the country). At this time, your affiant does not know what was in

these parcels but based on the weight, the broader investigation, and my training and experience, I believe it is probable that they contained checks or other negotiable instruments.

## CONCLUSION

55. Based on the investigation thus far, including the facts set forth above, your affiant submits that there is probable cause to believe that **Andrei Zaretski** (a/k/a Andy Zaret), **Oleskiy Holikov**, and **Nikolay Saukov** did knowingly agree to execute and did execute a scheme to defraud numerous CIC member-companies by means of false and fraudulent pretenses. Your affidavit further submits that there is probable cause to believe that **Oleskiy Holikov**, and **Nikolay Saukov** knowingly laundered the proceeds of this scheme.

56. Therefore, your affiant believes that probable cause exists that **Andrei Zaretski** (a/k/a Andy Zaret) and **Oleskiy Holikov** violated Title 18 U.S.C. § 1341 (Mail Fraud), and Title 18 U.S.C. § 1349 (Mail Fraud Conspiracy); and that **Oleskiy Holikov** and **Nikolay Saukov** violated Title 18 U.S.C. § 1956 (Concealment Money Laundering).

Respectfully submitted,

08/31/2026

Darryl Sage
U.S. Postal Inspector
United States Postal Inspection Service

Sworn to before and signed in my presence
or by reliable electronic means,

Elizabeth A. Stafford
ELIZABETH A. STAFFORD
UNITED STATES MAGISTRATE JUDGE