**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

UNITED STATES OF AMERICA,

Plaintiff,

v.

NIKOLAY SAUKOV,

Defendant.

Case No. 26-30531-1

Magistrate Judge Anthony Patti

**ORDER TRANSFERRING BOND**

On September 4, 2026 defendant was arrested in the Southern District of Florida n a removal petition, case 26-mj-06513, USA v. Zaretski arising from a criminal complaint pending in the Eastern District of Michigan, case 26-30531, USA v. Zaretski, et al. Defendant was granted a $100,000.00 ten percent NEBBIA bond with conditions and ordered to appear in the Eastern District of Michigan.

On September 8, 2026, the ten percent NEBBIA bond in the amount of $10,000.00 was deposited with the Southern District of Florida by Olga Zaretski.

IT IS ORDERED that the $10,000.00 deposited with the Southern District of Florida be transferred to the Eastern District of Michigan and transferred to case 26-30531, USA v. Andrei Zaretski and held until ordered to be returned.

SO ORDERED.

Dated: October 9, 2026

s/ Anthony P. Patti
ANTHONY P. PATTI
U.S. MAGISTRATE JUDGE